# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

136893

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BRISTOL MANUFACTURING, INC.,
  Plaintiff-Appellant,

v

JENNINGS GENERAL MAINTENANCE, INC.,
  Defendant-Appellee.

SC: 136893
COA: 272006
Genesee CC: 04-079609-PD

_____/

On order of the Court, the application for leave to appeal the April 10, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

Clerk

s1020